IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Respondent, | : | Criminal Action 96-0045(PLF) |
| v. | : | |
| RICO MC LAUGHLIN, | : | |
| Pro se-Movant. | : | |

FILED
AUG 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

To: The Honorable Judge Paul L. Friedman, U.S. District Judge:

Notice is hereby given that Rico Mc Laughlin, Defendant/Movant above named, hereby appeals to the United States Court of Appeals for The District of Columbia Circuit from the orders of June 21, 2007 and July 19, 2007, denying relief from the 18 U.S.C. § 3582(c)(2) motion and reconsideration therefrom entered in this action.

Jurisdiction is invoked pursuant to 28 U.S.C. § 1291 and regulated by Rule 1(a)(2), Federal Rules of Appellate Procedure.

Dated: July 31, 2007                    Respectfully submitted,

Rico Mc Laughlin
Rico Mc Laughlin, Pro se.
Reg. No. 25326-016
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887-3000